## No. 7617.

### FRANK MALLERICH vs. WIDOW GERMAINE ET AL.

A purchaser in bad faith cannot demand restitution of sums paid for improvements, taxes, etc., as a condition precedent to an action against him for nullity, but he may well plead such sums in reconvention, and claim the payment of them, or judgment for them, in case he be evicted.

Under the prayer for general relief, courts will render such judgment, suited to the nature and justice of the cause, as would be rendered in a new suit, and this to avoid a circuity of actions.

APPEAL from the Sixth District Court of New Orleans. RIGHTOR, J.

*Michinard* and *Hufft* for Plaintiff Appellant. *McGloin & Nixon* for Defendant.

DE BLANC, J., delivered the opinion reversing the judgment and remanding the case.